**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| DARRYL BRIGHTWELL, | :: | MOTION TO VACATE |
|    Movant, | :: | 28 U.S.C. § 2255 |
| | :: | |
|    v. | :: | CRIMINAL NO. |
| | :: | 1:10-CR-0235-TWT-RGV-1 |
| UNITED STATES OF AMERICA, | :: | |
|    Respondent. | :: | CIVIL ACTION NO. |
| | :: | 1:11-CV-1759-TWT-RGV |

## ORDER FOR SERVICE OF REPORT AND RECOMMENDATION

Attached is the report and recommendation of the United States Magistrate Judge made in accordance with 28 U.S.C. § 636(b)(1) and this Court's Local Rule 72. Let the same be filed and a copy, with a copy of this order, be served upon counsel for the parties.

Each party may file written objections, if any, to the report and recommendation within fourteen (14) days after being served with a copy of it. 28 U.S.C. § 636(b)(1). Should objections be filed, they shall specify with particularity the alleged error(s) made (including reference by page number to the transcript if applicable) and shall be served upon the opposing party. The party filing objections will be responsible for obtaining and filing the transcript of any evidentiary hearing for review by the district court. If no objections are filed, the report and recommendation may be adopted as the

AO 72A
(Rev.8/82)


opinion and order of the district court and any appeal of factual findings will be limited to a review for plain error or manifest injustice. <u>United States v. Slay</u>, 714 F.2d 1093 (11th Cir. 1983).

The Clerk is **DIRECTED** to submit the report and recommendation with objections, if any, to the district court after expiration of the above time period.

**IT IS SO ORDERED** this 15th day of June, 2011.

*Russell G. Vineyard*
RUSSELL G. VINEYARD
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| DARRYL BRIGHTWELL, | :: | MOTION TO VACATE |
| Movant, | :: | 28 U.S.C. § 2255 |
| | :: | |
| v. | :: | CRIMINAL NO. |
| | :: | 1:10-CR-0235-TWT-RGV-1 |
| UNITED STATES OF AMERICA, | :: | |
| Respondent. | :: | CIVIL ACTION NO. |
| | :: | 1:11-CV-1759-TWT-RGV |

**FINAL REPORT AND RECOMMENDATION**

This matter has been referred to the undersigned Magistrate Judge for consideration of movant Darryl Brightwell's pro se motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. [Doc. 72]. Brightwell's § 2255 motion is premature because he has a direct appeal currently pending before the United States Court of Appeals for the Eleventh Circuit. See United States v. Brightwell, No. 11-11289 (11th Cir. Mar. 23, 2011). Consequently, this Court lacks jurisdiction to consider and rule on Brightwell's § 2255 motion during the pendency of his direct appeal. See United States v. Casaran-Rivas, 311 F. App'x 269, 272-74 (11th Cir. 2009); United States v. Dunham, 240 F.3d 1328, 1329-30 (11th Cir. 2001).

Accordingly, **IT IS RECOMMENDED** that this § 2255 motion to vacate sentence, [Doc. 72], be **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 4(b) of the Rules Governing Section 2255 Proceedings.[1]

The Clerk is **DIRECTED** to terminate the referral to the assigned Magistrate Judge.

**IT IS SO RECOMMENDED** this 15th day of June, 2011.

*Russell G. Vineyard*
RUSSELL G. VINEYARD
UNITED STATES MAGISTRATE JUDGE

---

[1] Rule 4(b) provides that: "If it plainly appears from the motion, any attached exhibits, and the record of prior proceedings that the moving party is not entitled to relief, the judge must dismiss the motion and direct the clerk to notify the moving party."