IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CRIMINAL FILE NO. 1:10-CR-235-1-TWT |
| DARRYL BRIGHTWELL, Defendant. | |

## ORDER

This is a pro se Motion to Vacate Sentence. It is before the Court on the Report and Recommendation [Doc. 73] of the Magistrate Judge recommending dismissing the action without prejudice because the Defendant has a direct appeal pending. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED without prejudice.

SO ORDERED, this 13 day of July, 2011.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge