IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

DARRYL BRIGHTWELL,

  Defendant.

CRIMINAL FILE NO.
1:10-CR-235-1-TWT

## ORDER

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 81] of the Magistrate Judge recommending dismissing the Defendant's Motion to Vacate Sentence [Doc. 79]. The Defendant's argument that he could not be convicted of the 18 U. S. C. § 924(c) charge is totally without merit. The Defendant admitted that he was paid $10,000 to store 1,500 to 2,000 pounds of marijuana at his house. There was ample evidence of a nexus between the firearms and the marijuana. The claim of ineffective assistance of counsel is frivolous. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Vacate Sentence [Doc. 79] is DISMISSED. No Certificate of Appealability should be issued.

SO ORDERED, this 8 day of November, 2011.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge